UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DANA SASS,

        Plaintiff,

    -against-

AMERICO GROUP, INC., et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16 Civ. 8849 (VEC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the settlement agreement reached by all parties and transcribed by the court reporter on March 15, 2017, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot and all conferences are cancelled. For the reasons stated on the transcript, the Court finds the settlement to be fair and reasonable to the plaintiff under the Second Circuit's Cheeks decision.

      SO ORDERED.

DATED:    New York, New York
              March 15, 2017

                                             _____
                                             **Andrew J. Peck**
                                             United States Magistrate Judge

Copies **ECF** to:    All Counsel
                          Judge Caproni

C:\ORD\DISMISS